**Order entered December 6, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00900-CV
No. 05-17-00901-CV
No. 05-17-00902-CV
No. 05-17-00903-CV

**TERRY C. SHELTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-20518, F09-73040, F10-21198, and F10-55874**

## ORDER

Before the Court is the December 1, 2017 letter of Sasha S. Brooks, Official Court Reporter for the 291st Judicial District Court. Ms. Brooks informs us that the reporter responsible for the requested reporter's record in this appeal is Peri Wood, "who would have been the court reporter in 2009 for the 291st Judicial District Court." Ms. Brooks further informs us she emailed Ms. Wood "over a month ago" but has not received a response.

This appeal has been pending since August 2017 and cannot move forward without the reporter's record. Accordingly, we **ORDER** Ms. Wood to file the reporter's record, as requested by appellant in his September 7, 2017 "designation of record on appeal" filed with the trial court

clerk, no later than January 4, 2018.  As appellant filed with the trial court clerk an "application to proceed in forma pauperis" on March 8, 2017, the record shall be prepared without payment of costs.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Stephanie Mitchell, Presiding Judge of the 291st Judicial District Court; Ms. Brooks; Ms. Wood; and the parties.

/s/    CRAIG STODDART
JUSTICE